UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No.: 2:18-cr-163-BHH |
| v. | |
| CORY JENKINS | ORDER TERMINATING DEFENDANT'S PARTICIPATION IN THE BRIDGE PROGRAM |

On December 8, 2022, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant successfully completed all phases of the program and graduated on January 18, 2024. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

January 18, 2024
Charleston, South Carolina