# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 2:18CR00163-1 |
| v. ) | |
| ) | **Order Dismissing Supervised Release** |
| ) | **Violation Proceedings** |
| **COREY JENKINS** ) | |

On September 23, 2022, a supervised release violation warrant was issued by this Court charging the offender with illegal drug use and failure to call the random drug testing number.

On November 3, 2022, Mr. Jenkins appeared for an initial appearance on a supervised release violation and was detained. On November 9, 2022, he appeared for a bond hearing before Your Honor and was released on a $5,000 unsecured bond with the special condition to participate and successfully complete the BRIDGE program.

On December 8, 2022, Mr. Jenkins was accepted into the BRIDGE program, and he has successfully completed all phases and graduated on January 18, 2024.

The U.S. Probation Office advises the Court that the defendant has had no further supervised release violations. Therefore, for reasons sufficient to this Court, it is ordered that the supervised release violation proceedings be dismissed, and the term of supervised release be terminated as of this date.

**AND IT IS SO ORDERED.**

Bruce Howe Hendricks
United States District Judge

January __, 2024
Charleston, South Carolina